| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **The Little Brown Box Pizza, LLC** | |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | **DBA  Pieology** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-2807168** | |
| 4. | Debtor's address | **Principal place of business**  **18101 Von Karman Avenue Suite 1100 Irvine, CA 92612-0154**  Number, Street, City, State & ZIP Code  **Orange**  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor **The Little Brown Box Pizza, LLC** _____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **The Little Brown Box Pizza, LLC**_____  Case number (*if known*)_____
 Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **Kustom Partner, LLC** | Relationship | **Affiliate** |
| District | **Central District of California** | When _____ Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49            ☐ 1,000-5,000      ☐ 25,001-50,000
☐ 50-99           ☐ 5001-10,000      ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000    ☐ More than100,000
■ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000       ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million  ☐ More than $50 billion

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 3

Debtor  **The Little Brown Box Pizza, LLC**  Case number (*if known*)
     Name

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **The Little Brown Box Pizza, LLC**                                Case number (*if known*)
           Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  8, 2025**
                MM / DD / YYYY

**X** **/s/ Carl Chang**                                            **Carl Chang**
Signature of authorized representative of debtor                    Printed name

Title    **Founder**

**18. Signature of attorney**

**X** **/s/ Belinda M. Vega**                                       Date **December  8, 2025**
Signature of attorney for debtor                                    MM / DD / YYYY

**Belinda M. Vega**
Printed name

**Venable LLP**
Firm name

**801 Brickell Avenue, Suite 1500**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone  **310.229.9900**          Email address  **bmvega@venable.com**

**208236 CA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **The Little Brown Box Pizza, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                             12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| ASVRF Dublin Place, LP<br>HINES<br>4160 Dublin Blvd.<br>Dublin, CA 94568 | | Lease | | | | $43,876.00 |
| California Dept. of Tax and Fee Adm<br>PO Box 942879<br>Sacramento, CA 94279 | | Sales Tax | | | | $125,946.15 |
| Campus Pointe Commercial L.P.<br>255 E. River Park Circle<br>Suite 120<br>Fresno, CA 93720 | | Lease | | | | $38,681.72 |
| Cerritos TC Property, LLC<br>7575 Carson Blvd.<br>Long Beach, CA 90808 | | Lease | | | | $44,239.16 |
| Cheetah Digital, Inc.<br>22807 Network Place<br>Chicago, IL 60673 | | Trade Debt | | | | $107,209.17 |
| City of Thousand Oaks<br>2100 Thousand Oaks Blvd.<br>Thousand Oaks, CA 91362 | | Lease | | | | $45,664.30 |
| College Square L.P. Investment Concepts Inc. G.P.<br>1667 E Lincoln Ave<br>Orange, CA 92865 | | Lease | | | | $53,228.00 |

Debtor **The Little Brown Box Pizza, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Four Quarts & Associates, LLC** 4301 The Strand Manhattan Beach, CA 90266 | | Lease | | | | $50,791.28 |
| **Gateway Buena Park Inc.** 500 N. Broadway Suite 201 Jericho, NY 11753 | | Lease | | | | $70,082.12 |
| **Mann Enterprises Inc.** 1645 Carleton Drive Hastings, MN 55033 | | Lease | | | | $61,415.32 |
| **New Age Kaleidoscope LLC** 411 E. Huntington Drive #305 Arcadia, CA 91006 | | Lease | | | | $40,407.75 |
| **Pacific Castle Red Rock, LLC** 2601 Main Street, Suite 900 Irvine, CA 92614 | | Lease | | | | $36,626.00 |
| **PK I Pavilions Place LP** 2429 Park Avenue Tustin, CA 92782 | | Lease | | | | $46,771.24 |
| **Riverlakes Galleria, LLC** 5601 Truxtun Ave Suite 190 Bakersfield, CA 93309 | | Lease | | | | $37,567.20 |
| **Ryan Shufflebotham Trustee** 346 E Carriage Cir. Washington, UT 84780 | | Lease | | | | $40,771.84 |
| **Sysco** 1390 Enclave Parkway Houston, TX 77077 | | Trade Debt | | | | $104,614.94 |
| **Sysco SFS of Central Alabama** 1000 Sysco Drive Calera, AL 35040 | | Trade Debt | | | | $255,526.03 |

Official form 204            Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims            page 2

Debtor **The Little Brown Box Pizza, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TRC MM LLC**<br>**4695 MacArthur Court**<br>**Suite 700**<br>**Newport Beach, CA 92660** | | **Lease** | | | | **$71,332.04** |
| **Tutto USA, LLC**<br>**3699 Wilshire Blvd.**<br>**Suite 730**<br>**Los Angeles, CA 90010** | | **Lease** | | | | **$40,837.64** |
| **UFG Insurance**<br>**118 Second Ave. SE**<br>**Cedar Rapids, IA 52401** | | **Trade Debt** | | | | **$48,798.62** |

# THE LITTLE BROWN BOX PIZZA, LLC

Written Consent in Lieu of Meeting of Board of Managers

The undersigned, constituting at least a majority of the Board of Managers (the "**Board**") of The Little Brown Box Pizza, LLC, a Delaware limited liability company (the "**Company**"), hereby consent to the adoption of the following resolutions and hereby waive any notices required with respect thereto by law or by the terms of the Company's Limited Liability Company Agreement dated June 9, 2023 (as the same has been or may be amended, restated, replaced, supplemented, or otherwise modified from time to time, the "***LLC Agreement***"), in effect as of the date hereof. Capitalized terms not defined herein shall have the same meaning as set forth in the LLC Agreement.

WHEREAS, it is in the best interests of the Company, its affiliates and subsidiaries, its creditors, and other interested parties for the Company and its affiliates and subsidiaries to file a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") and specifically, if available Chapter 11, Subchapter V of the Bankruptcy Code.

RESOLVED, that the filing of a voluntary bankruptcy petition on behalf of the Company and its affiliates and subsidiaries is authorized.

RESOLVED, that Carl Chang, Chairman of the Board, is authorized to execute all documents necessary for the Company and its affiliates and subsidiaries to file a voluntary petition under Chapter 11 of the Bankruptcy Code, including, but not limited to, the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers.

RESOLVED, the Company is authorized to employ Paul J. Battista of Venable LLP to file a voluntary bankruptcy petition on behalf of the Company and its affiliates and subsidiaries and to represent the Company and its affiliates and subsidiaries during the bankruptcy case.

RESOLVED, that Carl Chang is authorized to retain such other professionals as he deems necessary and appropriate to represent, assist, or consult with the Company and its affiliates and subsidiaries during the bankruptcy case.

RESOLVED, that to the extent that an officer or member of the Board has taken any action, on behalf of the Company, to implement the resolutions provided herein, prior to the date hereof, all such acts are hereby ratified and approved.

RESOLVED, that Carl Chang be and hereby is authorized to take such other actions as may be necessary, advisable, or appropriate to carry out the intent of the foregoing resolutions.

THESE RESOLUTIONS may be executed in any number of identical counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same document. These Resolutions may be executed by electronic delivery of signatures which shall be binding. The undersigned may also deliver executed copies of these Resolutions by electronic mail (including pdf or any electronic signature complying with the U.S. federal ESIGN Act of 2000, e.g., www.docusign.com) or other transmission method and any counterpart so delivered shall be deemed to have been duly and validly delivered and be valid and effective for all purposes. Signature pages may be detached from the counterparts and attached to a single copy of these Resolutions to physically form one document.

[signature page follows]

IN WITNESS WHEREOF, the undersigned have affixed their signatures, it being understood that this action by written consent shall be effective at such time as a majority of the undersigned have executed a copy hereof.

Dated: October 1, 2025

_____
Carl Chang

Dated: October 1, 2025

_____
Donald P. Johns

Dated: October 1, 2025

_____
Anthony J. Gioia

Dated: October 1, 2025

_____
John O'Laughlin

## THE LITTLE BROWN BOX PIZZA, LLC

Written Consent in Lieu of Meeting of Board of Managers

The undersigned, constituting at least a majority of the Board of Managers (the "**Board**") of The Little Brown Box Pizza, LLC, a Delaware limited liability company (the "**Company**"), hereby consent to the adoption of the following resolutions and hereby waive any notices required with respect thereto by law or by the terms of the Company's Limited Liability Company Agreement dated June 9, 2023 (as the same has been or may be amended, restated, replaced, supplemented, or otherwise modified from time to time, the "**LLC Agreement**"), in effect as of the date hereof. Capitalized terms not defined herein shall have the same meaning as set forth in the LLC Agreement.

WHEREAS, it is in the best interests of the Company, its affiliates and subsidiaries, its creditors, and other interested parties for the Company and its affiliates and subsidiaries to file a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") and specifically, if available Chapter 11, Subchapter V of the Bankruptcy Code.

RESOLVED, that the filing of a voluntary bankruptcy petition on behalf of the Company and its affiliates and subsidiaries is authorized.

RESOLVED, that Carl Chang, Chairman of the Board, is authorized to execute all documents necessary for the Company and its affiliates and subsidiaries to file a voluntary petition under Chapter 11 of the Bankruptcy Code, including, but not limited to, the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers.

RESOLVED, the Company is authorized to employ Paul J. Battista of Venable LLP to file a voluntary bankruptcy petition on behalf of the Company and its affiliates and subsidiaries and to represent the Company and its affiliates and subsidiaries during the bankruptcy case.

RESOLVED, that Carl Chang is authorized to retain such other professionals as he deems necessary and appropriate to represent, assist, or consult with the Company and its affiliates and subsidiaries during the bankruptcy case.

RESOLVED, that to the extent that an officer or member of the Board has taken any action, on behalf of the Company, to implement the resolutions provided herein, prior to the date hereof, all such acts are hereby ratified and approved.

RESOLVED, that Carl Chang be and hereby is authorized to take such other actions as may be necessary, advisable, or appropriate to carry out the intent of the foregoing resolutions.

THESE RESOLUTIONS may be executed in any number of identical counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same document. These Resolutions may be executed by electronic delivery of signatures which shall be binding. The undersigned may also deliver executed copies of these Resolutions by electronic mail (including pdf or any electronic signature complying with the U.S. federal ESIGN Act of 2000, e.g., www.docusign.com) or other transmission method and any counterpart so delivered shall be deemed to have been duly and validly delivered and be valid and effective for all purposes. Signature pages may be detached from the counterparts and attached to a single copy of these Resolutions to physically form one document.

[signature page follows]

IN WITNESS WHEREOF, the undersigned have affixed their signatures, it being understood that this action by written consent shall be effective at such time as a majority of the undersigned have executed a copy hereof.

Dated: September 30, 2025

_____
Carl Chang

Dated: September 30, 2025

_____
Donald P. Johns

Dated: September 30, 2025

_____
Anthony J. Gioia

Dated: September 30, 2025

_____
John O'Laughlin

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Belinda M. Vega**<br>**801 Brickell Avenue, Suite 1500**<br>**Miami, FL 33131**<br>**310.229.9900 Fax: 310.229.9901**<br>California State Bar Number: **208236 CA**<br>**bmvega@venable.com**<br><br>■ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>**The Little Brown Box Pizza, LLC**<br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __**Belinda M. Vega**_____ , the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   ☐ I am the president or other officer or an authorized agent of the Debtor corporation
   ☐ I am a party to an adversary proceeding
   ☐ I am a party to a contested matter
   ■ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   *[For additional names, attach an addendum to this form.]*

   b. ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **December 8, 2025** | By: **/s/ Belinda M. Vega** |
| Date | Signature of Debtor, or attorney for Debtor |
| | Name: **Belinda M. Vega** |
| | Printed name of Debtor, or attorney for Debtor |

___

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**