| Employee Status | Employee Name | Job Title | Home Address | Exempt Status | Hourly Rate | Exempt Amt | Estimated Tips | Est Gross Pay | OH Payroll Taxes | OH Benefits | OH W/C & EPLI | OH Co-Emp Risk | OH HR Svcs | Total OH | Estimated Payroll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $44.76 | $284.76 | $17.66 | $0.00 | $5.48 | $8.54 | $19.81 | $51.48 | $336.24 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $59.68 | $379.68 | $19.84 | $0.00 | $6.01 | $8.54 | $19.81 | $54.20 | $433.88 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $13.06 | $83.06 | $4.34 | $0.00 | $5.00 | $8.54 | $19.81 | $37.69 | $120.75 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $85.79 | $545.79 | $28.52 | $0.00 | $16.75 | $8.54 | $19.81 | $73.62 | $619.41 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $22.00 | | $101.64 | $701.14 | $37.17 | $2.24 | $18.46 | $8.54 | $19.81 | $86.22 | $787.36 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.00 | | $78.33 | $519.33 | $27.34 | $0.00 | $17.02 | $8.54 | $19.81 | $72.71 | $592.04 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $29.84 | $189.84 | $9.92 | $0.00 | $8.50 | $8.54 | $19.81 | $46.77 | $236.61 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.00 | | $89.52 | $593.52 | $31.25 | $0.00 | $16.13 | $8.54 | $19.81 | $75.73 | $669.25 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.00 | | $33.57 | $222.57 | $11.72 | $0.00 | $29.81 | $8.54 | $19.81 | $69.87 | $292.44 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $22.50 | | $83.93 | $590.18 | $31.39 | $2.24 | $13.99 | $8.54 | $19.81 | $75.96 | $666.14 |
| ACTIVE | | GENERAL MANAGER | | NonExempt | $24.00 | | $138.01 | $1,026.01 | $55.06 | $88.69 | $22.30 | $8.54 | $41.44 | $216.02 | $1,242.03 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.00 | | $74.60 | $494.60 | $26.04 | $0.00 | $12.11 | $8.54 | $19.81 | $66.50 | $561.10 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.50 | | $156.24 | $672.24 | $31.99 | $0.00 | $20.20 | $8.54 | $19.81 | $80.54 | $752.78 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.50 | | $192.05 | $826.30 | $39.32 | $0.00 | $25.62 | $8.54 | $19.81 | $93.29 | $919.59 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $55.34 | $225.34 | $10.54 | $0.00 | $13.36 | $8.54 | $19.81 | $52.25 | $277.58 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.50 | | $52.08 | $216.08 | $10.17 | $0.00 | $20.08 | $8.54 | $19.81 | $58.59 | $274.67 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.00 | | $169.26 | $715.26 | $33.85 | $0.00 | $24.03 | $8.54 | $19.81 | $86.23 | $801.49 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $55.34 | $225.34 | $10.54 | $0.00 | $17.03 | $8.54 | $19.81 | $55.92 | $281.26 |
| ACTIVE | | GENERAL MANAGER | | NonExempt | $25.00 | | $0.00 | $1,000.00 | $62.00 | $2.24 | $32.98 | $8.54 | $41.44 | $147.20 | $1,147.20 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $58.59 | $238.59 | $11.16 | $0.00 | $19.04 | $8.54 | $19.81 | $58.55 | $297.14 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.00 | | $166.01 | $701.51 | $33.20 | $0.00 | $23.78 | $8.54 | $19.81 | $85.33 | $786.84 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $3.12 | $8.54 | $19.81 | $31.47 | $31.47 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $37.80 | $237.80 | $12.40 | $0.00 | $5.19 | $8.54 | $19.81 | $45.94 | $283.74 |
| L.O.A. | | TEAM MEMBER | | NonExempt | $20.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $5.19 | $8.54 | $19.81 | $33.54 | $33.54 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $35.91 | $225.91 | $11.78 | $0.00 | $7.39 | $8.54 | $19.81 | $47.52 | $273.43 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $22.00 | | $17.01 | $116.01 | $6.14 | $0.00 | $5.87 | $8.54 | $19.81 | $40.36 | $156.37 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $34.02 | $214.02 | $11.16 | $0.00 | $6.46 | $8.54 | $19.81 | $45.97 | $259.99 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $66.15 | $416.15 | $21.70 | $0.00 | $10.72 | $8.54 | $19.81 | $60.77 | $476.92 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $22.00 | | $124.74 | $850.74 | $45.01 | $2.24 | $4.93 | $8.54 | $19.81 | $80.53 | $931.27 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $28.35 | $178.35 | $9.30 | $0.00 | $7.26 | $8.54 | $19.81 | $44.91 | $223.26 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.00 | | $58.59 | $384.09 | $20.18 | $0.00 | $11.98 | $8.54 | $19.81 | $60.51 | $444.60 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.00 | | $85.05 | $557.55 | $29.30 | $0.00 | $12.22 | $8.54 | $19.81 | $69.86 | $627.41 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.00 | | $100.17 | $656.67 | $34.50 | $0.00 | $21.43 | $8.54 | $19.81 | $84.28 | $740.95 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $66.15 | $416.15 | $21.70 | $0.00 | $9.78 | $8.54 | $19.81 | $59.83 | $475.98 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.00 | | $75.60 | $495.60 | $26.04 | $0.00 | $11.06 | $8.54 | $19.81 | $65.45 | $561.05 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $32.13 | $202.13 | $10.54 | $0.00 | $6.93 | $8.54 | $19.81 | $45.82 | $247.95 |
| ACTIVE | | GENERAL MANAGER | | NonExempt | $27.00 | | | $1,039.50 | $64.45 | $107.80 | $28.58 | $8.54 | $41.44 | $250.81 | $1,290.31 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $11.34 | $71.34 | $3.72 | $0.00 | $4.72 | $8.54 | $19.81 | $36.79 | $108.13 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.00 | | $68.85 | $583.35 | $31.90 | $0.00 | $12.34 | $8.54 | $19.81 | $72.59 | $655.93 |
| ACTIVE | | GENERAL MANAGER | | NonExempt | $25.00 | | $0.00 | $968.75 | $60.06 | $88.69 | $26.55 | $8.54 | $41.44 | $225.28 | $1,194.03 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $61.82 | $501.82 | $27.28 | $0.00 | $11.68 | $8.54 | $19.81 | $67.31 | $569.13 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.00 | | $42.15 | $357.15 | $19.53 | $0.00 | $11.93 | $8.54 | $19.81 | $59.81 | $416.96 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $11.24 | $91.24 | $4.96 | $0.00 | $3.27 | $8.54 | $19.81 | $36.58 | $127.82 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $23.89 | $193.89 | $10.54 | $0.00 | $6.22 | $8.54 | $19.81 | $45.11 | $239.00 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $22.48 | $182.48 | $9.92 | $0.00 | $5.25 | $8.54 | $19.81 | $43.52 | $226.00 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $16.86 | $136.86 | $7.44 | $0.00 | $4.90 | $8.54 | $19.81 | $40.69 | $177.55 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $33.72 | $273.72 | $14.88 | $0.00 | $5.92 | $8.54 | $19.81 | $49.15 | $322.87 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $23.89 | $193.89 | $10.54 | $0.00 | $3.83 | $8.54 | $19.81 | $42.72 | $236.61 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $42.15 | $342.15 | $18.60 | $0.00 | $8.99 | $8.54 | $19.81 | $55.94 | $398.09 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $60.42 | $490.42 | $26.66 | $0.00 | $9.13 | $8.54 | $19.81 | $64.14 | $554.55 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.00 | | $59.01 | $500.01 | $27.34 | $0.00 | $16.89 | $8.54 | $19.81 | $72.58 | $572.59 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $23.89 | $193.89 | $10.54 | $0.00 | $4.34 | $8.54 | $19.81 | $43.23 | $237.12 |
| ACTIVE | | GENERAL MANAGER | | NonExempt | $29.00 | | $0.00 | $1,276.00 | $79.11 | $2.24 | $33.74 | $8.54 | $41.44 | $165.07 | $1,441.07 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.00 | | $99.94 | $514.69 | $25.71 | $0.00 | $13.91 | $8.54 | $19.81 | $67.97 | $582.66 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $44.28 | $219.28 | $10.85 | $0.00 | $6.84 | $8.54 | $19.81 | $46.04 | $265.31 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $45.54 | $225.54 | $11.16 | $0.00 | $6.10 | $8.54 | $19.81 | $45.61 | $271.15 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.50 | | $123.97 | $650.72 | $32.66 | $0.00 | $20.74 | $8.54 | $19.81 | $81.75 | $732.47 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $60.72 | $300.72 | $14.88 | $0.00 | $3.28 | $8.54 | $19.81 | $46.51 | $347.23 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.50 | | $120.18 | $630.81 | $31.66 | $0.00 | $19.29 | $8.54 | $19.81 | $79.29 | $710.10 |
| ACTIVE | | ASSISTANT MANAGER | | NonExempt | $24.00 | | $136.62 | $784.62 | $40.18 | $0.00 | $21.32 | $8.54 | $41.44 | $111.48 | $896.10 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $35.42 | $175.42 | $8.68 | $0.00 | $6.71 | $8.54 | $19.81 | $43.74 | $219.16 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $45.54 | $225.54 | $11.16 | $0.00 | $9.16 | $8.54 | $19.81 | $48.67 | $274.21 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $65.78 | $325.78 | $16.12 | $0.00 | $9.07 | $8.54 | $19.81 | $53.54 | $379.32 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $67.05 | $332.05 | $16.43 | $0.00 | $9.56 | $8.54 | $19.81 | $54.34 | $386.39 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $88.55 | $438.55 | $21.70 | $0.00 | $12.05 | $8.54 | $19.81 | $62.10 | $500.65 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.00 | | $101.20 | $531.20 | $26.66 | $0.00 | $9.16 | $8.54 | $19.81 | $64.17 | $595.37 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $43.52 | $363.52 | $19.84 | $0.00 | $15.53 | $8.54 | $19.81 | $63.72 | $427.24 |

| Status | Role | Type | Rate | Salary | Col A | Col B | Col C | Col D | Col E | Col F | Col G | Col H | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $35.36 | $295.36 | $16.12 | $0.00 | $13.83 | $8.54 | $19.81 | $58.30 | $353.66 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $10.88 | $90.88 | $4.96 | $0.00 | $4.14 | $8.54 | $19.81 | $37.45 | $128.33 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $21.76 | $181.76 | $9.92 | $0.00 | $3.81 | $8.54 | $19.81 | $42.08 | $223.84 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $47.60 | $397.60 | $21.70 | $0.00 | $14.70 | $8.54 | $19.81 | $64.75 | $462.35 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $31.28 | $261.28 | $14.26 | $0.00 | $4.47 | $8.54 | $19.81 | $47.08 | $308.36 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | | $29.92 | $260.92 | $14.32 | $0.00 | $11.50 | $8.54 | $19.81 | $54.17 | $315.09 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $44.20 | $369.20 | $20.15 | $0.00 | $5.25 | $8.54 | $19.81 | $53.75 | $422.95 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | | $35.36 | $308.36 | $16.93 | $0.00 | $9.90 | $8.54 | $19.81 | $55.18 | $363.54 |
| ACTIVE | GENERAL MANAGER | NonExempt | $27.00 | | $0.00 | $1,026.00 | $63.61 | $2.24 | $29.76 | $8.54 | $41.44 | $145.59 | $1,171.59 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | | $36.72 | $320.22 | $17.58 | $0.00 | $10.90 | $8.54 | $19.81 | $56.82 | $377.04 |
| ACTIVE | SHIFT LEADER | NonExempt | $22.00 | | $36.72 | $333.72 | $18.41 | $0.00 | $11.80 | $8.54 | $19.81 | $58.56 | $392.28 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $19.04 | $159.04 | $8.68 | $0.00 | $5.22 | $8.54 | $19.81 | $42.25 | $201.29 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $6.25 | $8.54 | $19.81 | $34.60 | $34.60 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | | $38.08 | $332.08 | $18.23 | $0.00 | $12.57 | $8.54 | $19.81 | $59.14 | $391.22 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | | $42.84 | $373.59 | $20.51 | $0.00 | $7.26 | $8.54 | $19.81 | $56.11 | $429.70 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $9.52 | $79.52 | $4.34 | $0.00 | $8.14 | $8.54 | $19.81 | $40.83 | $120.35 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $40.12 | $335.12 | $18.29 | $0.00 | $9.44 | $8.54 | $19.81 | $56.08 | $391.20 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $21.76 | $181.76 | $9.92 | $0.00 | $5.22 | $8.54 | $19.81 | $43.49 | $225.25 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | | $42.16 | $367.66 | $20.18 | $0.00 | $10.11 | $8.54 | $19.81 | $58.64 | $426.30 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $65.76 | $385.76 | $19.84 | $0.00 | $13.73 | $8.54 | $19.81 | $61.92 | $447.68 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $55.49 | $325.49 | $16.74 | $0.00 | $9.33 | $8.54 | $19.81 | $54.42 | $379.91 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | | $94.53 | $577.53 | $29.95 | $0.00 | $13.11 | $8.54 | $19.81 | $71.41 | $648.94 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | | $69.87 | $426.87 | $22.13 | $0.00 | $15.08 | $8.54 | $19.81 | $65.57 | $492.44 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | | $78.09 | $477.09 | $24.74 | $0.00 | $14.62 | $8.54 | $19.81 | $67.70 | $544.79 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | | $88.37 | $539.87 | $27.99 | $0.00 | $11.67 | $8.54 | $19.81 | $68.01 | $607.88 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $15.41 | $90.41 | $4.65 | $0.00 | $8.14 | $8.54 | $19.81 | $41.14 | $131.55 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | | $55.49 | $338.99 | $17.58 | $0.00 | $5.43 | $8.54 | $19.81 | $51.36 | $390.34 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $47.27 | $277.27 | $14.26 | $0.00 | $13.93 | $8.54 | $19.81 | $56.54 | $333.81 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $32.88 | $192.88 | $9.92 | $0.00 | $2.48 | $8.54 | $19.81 | $40.75 | $233.63 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $65.76 | $385.76 | $19.84 | $0.00 | $9.35 | $8.54 | $19.81 | $57.54 | $443.30 |
| ACTIVE | TEAM MEMBER | NonExempt | $18.00 | | $46.24 | $248.74 | $12.56 | $0.00 | $13.93 | $8.54 | $19.81 | $54.84 | $303.57 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $83.23 | $488.23 | $25.11 | $0.00 | $15.63 | $8.54 | $19.81 | $69.09 | $557.31 |
| ACTIVE | GENERAL MANAGER | NonExempt | $27.00 | | $0.00 | $931.50 | $57.75 | $107.80 | $27.03 | $8.54 | $41.44 | $242.56 | $1,174.06 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $30.97 | $220.97 | $11.78 | $0.00 | $4.40 | $8.54 | $19.81 | $44.53 | $265.50 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | | $68.46 | $509.46 | $27.34 | $0.00 | $14.75 | $8.54 | $19.81 | $70.44 | $579.90 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $42.38 | $302.38 | $16.12 | $0.00 | $5.65 | $8.54 | $19.81 | $50.12 | $352.50 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $50.53 | $360.53 | $19.22 | $0.00 | $9.13 | $8.54 | $19.81 | $56.70 | $417.23 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $27.71 | $197.71 | $10.54 | $0.00 | $7.73 | $8.54 | $19.81 | $46.62 | $244.33 |
| ACTIVE | GENERAL MANAGER | NonExempt | $26.00 | | $0.00 | $1,027.00 | $63.67 | $2.24 | $27.34 | $8.54 | $41.44 | $143.23 | $1,170.23 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $27.71 | $197.71 | $10.54 | $0.00 | $10.19 | $8.54 | $19.81 | $49.08 | $246.79 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | | $63.57 | $473.07 | $25.39 | $0.00 | $14.03 | $8.54 | $19.81 | $67.77 | $540.84 |
| ACTIVE | SHIFT LEADER | NonExempt | $23.00 | | $96.17 | $774.67 | $42.07 | $0.00 | $21.32 | $8.54 | $19.81 | $91.74 | $866.41 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | | $68.46 | $509.46 | $27.34 | $0.00 | $12.42 | $8.54 | $19.81 | $68.11 | $577.57 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $14.67 | $104.67 | $5.58 | $0.00 | $2.47 | $8.54 | $19.81 | $36.40 | $141.07 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $14.83 | $8.54 | $19.81 | $43.18 | $43.18 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $5.65 | $8.54 | $19.81 | $34.00 | $34.00 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $52.16 | $372.16 | $19.84 | $0.00 | $12.03 | $8.54 | $19.81 | $60.22 | $432.38 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | | $40.75 | $303.25 | $16.28 | $0.00 | $7.86 | $8.54 | $19.81 | $52.48 | $355.73 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $21.19 | $151.19 | $8.06 | $0.00 | $8.42 | $8.54 | $19.81 | $44.83 | $196.02 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.50 | | $47.27 | $359.02 | $19.33 | $0.00 | $11.82 | $8.54 | $19.81 | $59.49 | $418.51 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | | $80.33 | $689.33 | $37.76 | $0.00 | $20.83 | $8.54 | $19.81 | $86.94 | $776.27 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $29.09 | $239.09 | $13.02 | $0.00 | $11.41 | $8.54 | $19.81 | $52.78 | $291.87 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $8.31 | $68.31 | $3.72 | $0.00 | $1.56 | $8.54 | $19.81 | $33.63 | $101.94 |
| L.O.A. | TEAM MEMBER | NonExempt | $20.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $8.50 | $8.54 | $19.81 | $36.85 | $36.85 |
| ACTIVE | GENERAL MANAGER | NonExempt | $27.50 | | $0.00 | $1,251.26 | $77.58 | $82.53 | $8.50 | $8.54 | $41.44 | $218.58 | $1,469.84 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | | $58.17 | $499.17 | $27.34 | $0.00 | $15.01 | $8.54 | $19.81 | $70.70 | $569.87 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $37.40 | $307.40 | $16.74 | $0.00 | $8.91 | $8.54 | $19.81 | $54.00 | $361.39 |
| ACTIVE | SHIFT LEADER | NonExempt | $22.00 | | $108.03 | $966.03 | $53.20 | $107.80 | $26.00 | $8.54 | $19.81 | $215.35 | $1,181.38 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $29.09 | $239.09 | $13.02 | $0.00 | $11.37 | $8.54 | $19.81 | $52.74 | $291.82 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $11.08 | $91.08 | $4.96 | $0.00 | $4.01 | $8.54 | $19.81 | $37.32 | $128.40 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $11.08 | $91.08 | $4.96 | $0.00 | $4.14 | $8.54 | $19.81 | $37.45 | $128.53 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | | $60.94 | $522.94 | $28.64 | $0.00 | $18.08 | $8.54 | $19.81 | $75.07 | $598.01 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $93.60 | $543.60 | $27.90 | $0.00 | $17.23 | $8.54 | $19.81 | $73.48 | $617.08 |
| ACTIVE | MULTI-UNIT GENERAL MANAGER | Exempt | | $1,622.50 | $0.00 | $1,622.50 | $100.60 | $88.69 | $44.13 | $8.54 | $41.44 | $283.40 | $1,905.90 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $37.44 | $217.44 | $11.16 | $0.00 | $7.57 | $8.54 | $19.81 | $47.08 | $264.52 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | | $164.32 | $993.82 | $51.43 | $2.24 | $28.15 | $8.54 | $19.81 | $110.17 | $1,103.99 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $79.04 | $459.04 | $23.56 | $0.00 | $9.93 | $8.54 | $19.81 | $61.84 | $520.88 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | | $106.08 | $616.08 | $31.62 | $0.00 | $13.39 | $8.54 | $19.81 | $73.36 | $689.44 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8.54 | $19.81 | $28.35 | $28.35 |

| Status | Role | Class | Rate | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.84 | $8.54 | $19.81 | $33.19 | $33.19 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $49.92 | $289.92 | $14.88 | $0.00 | $10.07 | $8.54 | $19.81 | $53.30 | $343.22 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $35.36 | $205.36 | $10.54 | $0.00 | $12.27 | $8.54 | $19.81 | $51.16 | $256.52 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | $114.40 | $691.90 | $35.81 | $0.00 | $19.47 | $8.54 | $19.81 | $83.63 | $775.53 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $14.56 | $84.56 | $4.34 | $0.00 | $7.69 | $8.54 | $19.81 | $40.38 | $124.94 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $35.36 | $205.36 | $10.54 | $0.00 | $2.20 | $8.54 | $19.81 | $41.09 | $246.45 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | $106.08 | $641.58 | $33.20 | $2.24 | $20.69 | $8.54 | $19.81 | $84.48 | $726.06 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $60.32 | $350.32 | $17.98 | $0.00 | $8.78 | $8.54 | $19.81 | $55.11 | $405.43 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $56.16 | $326.16 | $16.74 | $0.00 | $16.30 | $8.54 | $19.81 | $61.39 | $387.55 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $14.56 | $84.56 | $4.34 | $0.00 | $9.27 | $8.54 | $19.81 | $41.96 | $126.52 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.04 | $8.54 | $19.81 | $30.39 | $30.39 |
| ACTIVE | GENERAL MANAGER | NonExempt | $29.00 | $0.00 | $1,210.75 | $75.07 | $2.24 | $26.09 | $8.54 | $41.44 | $153.37 | $1,364.12 |
| ACTIVE | ASSISTANT MANAGER | NonExempt | $24.00 | $111.56 | $915.56 | $49.85 | $88.69 | $28.71 | $8.54 | $41.44 | $217.22 | $1,132.78 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $13.32 | $93.32 | $4.96 | $0.00 | $3.47 | $8.54 | $19.81 | $36.78 | $130.10 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.50 | $82.42 | $614.55 | $32.99 | $0.00 | $17.56 | $8.54 | $19.81 | $78.90 | $693.45 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.50 | $87.41 | $651.79 | $34.99 | $0.00 | $17.89 | $8.54 | $19.81 | $81.23 | $733.02 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | $65.77 | $480.52 | $25.71 | $0.00 | $14.06 | $8.54 | $19.81 | $68.12 | $548.64 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $45.79 | $320.79 | $17.05 | $0.00 | $11.52 | $8.54 | $19.81 | $56.92 | $377.70 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $29.97 | $209.97 | $11.16 | $0.00 | $6.41 | $8.54 | $19.81 | $45.92 | $255.89 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | $59.94 | $437.94 | $23.44 | $0.00 | $12.02 | $8.54 | $19.81 | $63.80 | $501.74 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $63.27 | $443.27 | $23.56 | $0.00 | $11.80 | $8.54 | $19.81 | $63.71 | $506.98 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.50 | $31.64 | $235.89 | $12.66 | $0.00 | $5.63 | $8.54 | $19.81 | $46.64 | $282.53 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $21.65 | $151.65 | $8.06 | $0.00 | $6.01 | $8.54 | $19.81 | $42.42 | $194.06 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $58.28 | $408.28 | $21.70 | $0.00 | $14.38 | $8.54 | $19.81 | $64.43 | $472.71 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $31.64 | $221.64 | $11.78 | $0.00 | $11.77 | $8.54 | $19.81 | $51.90 | $273.53 |
| ACTIVE | SHIFT LEADER | NonExempt | $22.00 | $68.60 | $684.60 | $38.19 | $0.00 | $13.94 | $8.54 | $19.81 | $80.48 | $765.08 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $19.60 | $179.60 | $9.92 | $0.00 | $7.32 | $8.54 | $19.81 | $45.59 | $225.19 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $45.33 | $415.33 | $22.94 | $0.00 | $12.75 | $8.54 | $19.81 | $64.04 | $479.36 |
| ACTIVE | SHIFT LEADER | NonExempt | $22.00 | $75.95 | $757.95 | $42.28 | $0.00 | $22.84 | $8.54 | $19.81 | $93.47 | $851.42 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $45.33 | $415.33 | $22.94 | $0.00 | $15.05 | $8.54 | $19.81 | $66.34 | $481.67 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $34.30 | $314.30 | $17.36 | $0.00 | $8.38 | $8.54 | $19.81 | $54.09 | $368.39 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | $58.80 | $562.80 | $31.25 | $2.24 | $17.48 | $8.54 | $19.81 | $79.32 | $642.12 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $55.13 | $505.13 | $27.90 | $0.00 | $12.65 | $8.54 | $19.81 | $68.90 | $574.02 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $44.10 | $404.10 | $22.32 | $0.00 | $15.27 | $8.54 | $19.81 | $65.94 | $470.04 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $7.35 | $67.35 | $3.72 | $0.00 | $3.07 | $8.54 | $19.81 | $35.14 | $102.49 |
| ACTIVE | TEAM MEMBER | NonExempt | $18.00 | $39.20 | $327.20 | $17.86 | $0.00 | $1.74 | $8.54 | $19.81 | $47.95 | $375.15 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $9.80 | $89.80 | $4.96 | $0.00 | $4.58 | $8.54 | $19.81 | $37.89 | $127.69 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $31.85 | $291.85 | $16.12 | $0.00 | $9.82 | $8.54 | $19.81 | $54.29 | $346.14 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $18.38 | $168.38 | $9.30 | $0.00 | $4.85 | $8.54 | $19.81 | $42.50 | $210.87 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | $49.00 | $469.00 | $26.04 | $0.00 | $14.31 | $8.54 | $19.81 | $68.70 | $537.70 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $9.80 | $89.80 | $4.96 | $0.00 | $7.44 | $8.54 | $19.81 | $40.75 | $130.55 |
| ACTIVE | SHIFT LEADER | NonExempt | $20.00 | $183.35 | $693.35 | $31.62 | $0.00 | $4.61 | $8.54 | $19.81 | $64.58 | $757.92 |
| ACTIVE | TEAM MEMBER | NonExempt | $15.00 | $71.90 | $221.90 | $9.30 | $0.00 | $2.29 | $8.54 | $19.81 | $39.94 | $261.84 |
| ACTIVE | SHIFT LEADER | NonExempt | $18.00 | $183.35 | $642.35 | $28.46 | $0.00 | $4.43 | $8.54 | $19.81 | $61.23 | $703.58 |
| ACTIVE | TEAM MEMBER | NonExempt | $15.00 | $79.09 | $244.09 | $10.23 | $0.00 | $1.87 | $8.54 | $19.81 | $40.45 | $284.54 |
| ACTIVE | TEAM MEMBER | NonExempt | $15.00 | $122.23 | $377.23 | $15.81 | $0.00 | $2.22 | $8.54 | $19.81 | $46.38 | $423.61 |
| ACTIVE | TEAM MEMBER | NonExempt | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.90 | $8.54 | $19.81 | $30.25 | $30.25 |
| ACTIVE | SHIFT LEADER | NonExempt | $18.00 | $201.32 | $705.32 | $31.25 | $0.00 | $4.94 | $8.54 | $19.81 | $64.53 | $769.85 |
| ACTIVE | GENERAL MANAGER | NonExempt | $26.00 | $0.00 | $988.00 | $61.26 | $100.10 | $5.81 | $8.54 | $41.44 | $217.14 | $1,205.14 |
| ACTIVE | TEAM MEMBER | NonExempt | $15.00 | $122.23 | $377.23 | $15.81 | $0.00 | $2.86 | $8.54 | $19.81 | $47.02 | $424.25 |
| ACTIVE | TEAM MEMBER | NonExempt | $15.00 | $107.85 | $332.85 | $13.95 | $0.00 | $3.50 | $8.54 | $19.81 | $45.80 | $378.65 |
| ACTIVE | SHIFT LEADER | NonExempt | $20.00 | $150.99 | $570.99 | $26.04 | $0.00 | $4.52 | $8.54 | $19.81 | $58.91 | $629.90 |
| ACTIVE | TEAM MEMBER | NonExempt | $15.00 | $111.45 | $343.95 | $14.42 | $0.00 | $3.27 | $8.54 | $19.81 | $46.04 | $389.98 |
| ACTIVE | TEAM MEMBER | NonExempt | $15.00 | $136.61 | $421.61 | $17.67 | $0.00 | $2.86 | $8.54 | $19.81 | $48.88 | $470.49 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.50 | $76.76 | $555.14 | $29.66 | $0.00 | $18.95 | $8.54 | $19.81 | $76.96 | $632.10 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $42.26 | $287.26 | $15.19 | $0.00 | $10.49 | $8.54 | $19.81 | $54.03 | $341.29 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $69.00 | $469.00 | $24.80 | $0.00 | $13.60 | $8.54 | $19.81 | $66.75 | $535.75 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $13.80 | $93.80 | $4.96 | $0.00 | $4.53 | $8.54 | $19.81 | $37.84 | $131.64 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $31.91 | $216.91 | $11.47 | $0.00 | $6.06 | $8.54 | $19.81 | $45.88 | $262.79 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $46.58 | $316.58 | $16.74 | $0.00 | $2.11 | $8.54 | $19.81 | $47.20 | $363.77 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $49.16 | $334.16 | $17.67 | $0.00 | $11.87 | $8.54 | $19.81 | $57.89 | $392.05 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.50 | $104.36 | $754.74 | $40.32 | $0.00 | $22.32 | $8.54 | $19.81 | $90.99 | $845.74 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $65.55 | $445.55 | $23.56 | $0.00 | $14.33 | $8.54 | $19.81 | $66.24 | $511.79 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $43.13 | $293.13 | $15.50 | $0.00 | $4.62 | $8.54 | $19.81 | $48.47 | $341.60 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | $54.34 | $385.09 | $20.51 | $0.00 | $8.13 | $8.54 | $19.81 | $56.99 | $442.07 |
| ACTIVE | GENERAL MANAGER | NonExempt | $29.50 | $0.00 | $1,047.25 | $64.93 | $88.69 | $25.81 | $8.54 | $41.44 | $229.41 | $1,276.66 |
| ACTIVE | SHIFT LEADER | NonExempt | $22.00 | $48.70 | $714.20 | $41.26 | $0.00 | $20.60 | $8.54 | $19.81 | $90.21 | $804.41 |
| ACTIVE | TEAM MEMBER | NonExempt | $20.00 | $13.69 | $183.69 | $10.54 | $0.00 | $10.40 | $8.54 | $19.81 | $49.29 | $232.98 |
| ACTIVE | SHIFT LEADER | NonExempt | $21.00 | $40.25 | $565.25 | $32.55 | $0.00 | $17.37 | $8.54 | $19.81 | $78.27 | $643.52 |

| Status | | Position | | Exempt | Rate | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $7.25 | $97.25 | $5.58 | $0.00 | $4.95 | $8.54 | $19.81 | $38.88 | $136.12 |
| ACTIVE | | GENERAL MANAGER | | NonExempt | $27.00 | | $0.00 | $1,204.89 | $74.70 | $88.69 | $35.34 | $8.54 | $41.44 | $248.71 | $1,453.60 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.00 | | $44.28 | $621.78 | $35.81 | $2.24 | $21.94 | $8.54 | $19.81 | $88.33 | $710.11 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $12.88 | $172.88 | $9.92 | $0.00 | $6.17 | $8.54 | $19.81 | $44.44 | $217.32 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $13.69 | $183.69 | $10.54 | $0.00 | $10.85 | $8.54 | $19.81 | $49.74 | $233.43 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $7.25 | $97.25 | $5.58 | $0.00 | $3.98 | $8.54 | $19.81 | $37.91 | $135.15 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $22.54 | $302.54 | $17.36 | $0.00 | $10.92 | $8.54 | $19.81 | $56.63 | $359.17 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $5.64 | $75.64 | $4.34 | $0.00 | $5.22 | $8.54 | $19.81 | $37.91 | $113.55 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.00 | | $41.86 | $587.86 | $33.85 | $0.00 | $19.84 | $8.54 | $19.81 | $82.04 | $669.90 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $14.49 | $194.49 | $11.16 | $0.00 | $10.88 | $8.54 | $19.81 | $50.39 | $244.88 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $9.66 | $129.66 | $7.44 | $0.00 | $6.11 | $8.54 | $19.81 | $41.90 | $171.56 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $20.93 | $280.93 | $16.12 | $0.00 | $10.58 | $8.54 | $19.81 | $55.05 | $335.98 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.00 | | $43.47 | $610.47 | $35.15 | $0.00 | $19.45 | $8.54 | $19.81 | $82.95 | $693.42 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $6.44 | $86.44 | $4.96 | $0.00 | $2.49 | $8.54 | $19.81 | $35.80 | $122.24 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $6.44 | $86.44 | $4.96 | $0.00 | $4.98 | $8.54 | $19.81 | $38.29 | $124.73 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $24.15 | $324.15 | $18.60 | $0.00 | $10.63 | $8.54 | $19.81 | $57.58 | $381.73 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.00 | | $37.03 | $520.03 | $29.95 | $0.00 | $17.23 | $8.54 | $19.81 | $75.52 | $595.55 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $32.20 | $432.20 | $24.80 | $0.00 | $14.23 | $8.54 | $19.81 | $67.38 | $499.58 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.00 | | $47.85 | $362.85 | $19.53 | $0.00 | $17.13 | $8.54 | $19.81 | $65.01 | $427.86 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.00 | | $90.12 | $683.37 | $36.78 | $0.00 | $17.99 | $8.54 | $19.81 | $83.12 | $766.49 |
| ACTIVE | | GENERAL MANAGER | | NonExempt | $26.50 | | $0.00 | $1,079.88 | $66.95 | $11.76 | $25.68 | $8.54 | $41.44 | $154.37 | $1,234.25 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $76.56 | $556.56 | $29.76 | $0.00 | $19.34 | $8.54 | $19.81 | $77.45 | $634.01 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $18.00 | | $25.52 | $169.52 | $8.93 | $0.00 | $5.30 | $8.54 | $19.81 | $42.57 | $212.09 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.00 | | $85.33 | $647.08 | $34.83 | $0.00 | $6.15 | $8.54 | $19.81 | $69.32 | $716.41 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $18.00 | | $51.04 | $339.04 | $17.86 | $0.00 | $29.78 | $8.54 | $19.81 | $75.99 | $415.03 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $62.21 | $452.21 | $24.18 | $0.00 | $15.10 | $8.54 | $19.81 | $67.63 | $519.83 |
| ACTIVE | | SHIFT LEADER | | NonExempt | $21.00 | | $98.89 | $749.89 | $40.36 | $0.00 | $19.17 | $8.54 | $19.81 | $87.88 | $837.77 |
| L.O.A. | | TEAM MEMBER | | NonExempt | $20.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $5.30 | $8.54 | $19.81 | $33.65 | $33.65 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $90.92 | $660.92 | $35.34 | $0.00 | $16.03 | $8.54 | $19.81 | $79.72 | $740.63 |
| ACTIVE | | TEAM MEMBER | | NonExempt | $20.00 | | $35.09 | $255.09 | $13.64 | $0.00 | $5.30 | $8.54 | $19.81 | $47.29 | $302.38 |
| Totals | | | | | | | $11,972.32 | $94,721.75 | $5,133.24 | $1,076.81 | $2,770.95 | $2,006.90 | $5,023.06 | $16,010.96 | $110,732.71 |

| Employee Status | Location Name | Employee Name | Job Title | Home Street Address 1 | Home City | Home State | Home Zip Code | Exempt Status | Hourly Rate | Estimated Gross Pay | OH Payroll Taxes | OH Benefits | OH W/C & EPLI | OH Co-Emp Risk | OH HR Svcs | Total OH | Estimated Payroll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | RSC | | HUMAN RESOURCES MANAGER | | TRABUCO CANYON | CA | 92679-5024 | Exempt | | $2,404.00 | $149.05 | $2.24 | $5.88 | $8.54 | $41.44 | $207.14 | $2,611.14 |
| ACTIVE | RSC | | HUMAN RESOURCES COORDINATOR | | SAN DIEGO | CA | 92128-6437 | NonExempt | $29.50 | $236.00 | $14.63 | $2.24 | $0.99 | $8.54 | $19.81 | $46.21 | $282.21 |
| ACTIVE | RSC | | HUMAN RESOURCES & OPS COORDINATOR | | HANFORD | CA | 93230-6608 | NonExempt | $25.00 | $1,000.00 | $62.00 | $2.24 | $2.98 | $8.54 | $41.44 | $117.20 | $1,117.20 |
| ACTIVE | RSC | | DIRECTOR, OPERATIONS | | CLOVIS | CA | 93611-6908 | Exempt | | $3,173.08 | $196.73 | $107.80 | $7.46 | $8.54 | $41.44 | $361.97 | $3,535.05 |
| ACTIVE | RSC | | DISTRICT MANAGER | | BUENA PARK | CA | 90621-2134 | Exempt | | $1,600.00 | $99.20 | $88.69 | $43.53 | $8.54 | $41.44 | $281.40 | $1,881.40 |
| ACTIVE | RSC | | DIRECTOR OF MARKETING | | DURHAM | CA | 95938-9751 | Exempt | | $2,692.31 | $166.92 | $148.47 | $6.47 | $8.54 | $41.44 | $371.84 | $3,064.15 |
| ACTIVE | RSC | | CEO | | SACRAMENTO | CA | 95834-1283 | Exempt | | $8,173.08 | $506.73 | $126.21 | $17.79 | $8.54 | $41.44 | $700.71 | $8,873.78 |
| Totals | | | | | | | | | | $19,278.46 | $1,195.26 | $477.89 | $85.09 | $59.78 | $268.45 | $2,086.47 | $21,364.93 |